IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JERMAINE JAMISON,**

   *Plaintiff*,

v.                              Case No.: 4:22cv13-MW/MJF

**OFFICER T. HEALY,** *et al.*,

   *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of

---

[1] The report and recommendation was returned as undeliverable on April 22, 2022. ECF No. 8. Likewise, the Magistrate Judge's order to show cause was also returned as undeliverable on April 4, 2022. ECF No. 6. It appears Plaintiff is no longer a pretrial detainee in the Leon County Detention Facility and has failed to keep this Court apprised of his updated mailing address. Plaintiff has an independent obligation to apprise this Court of any updated mailing address, and this Court is not required to keep his case open until he decides to do so.

this Court." Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on May 10, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
